IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION ) ) Case No. 4:23-CV-03867 |
| 9999 WESTHEIMER ROAD, HOUSTON, LLC, | ) ) |
| Defendant. | ) ) |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WITH PREJUDICE

Plaintiff, ERIK GARCIA ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendant, 9999 WESTHEIMER ROAD, HOUSTON, LLC, and this entire action, with Prejudice.

Respectfully submitted this 12th day of February, 2024.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on February 12, 2024 upon all counsel or parties.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
